UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SEAN YOUNG,

                Plaintiff,

     v.                                                9:04-CV-1265

STATE OF NEW YORK, et al.,

                Defendants.
_____

APPEARANCES:                                OF COUNSEL:

SEAN YOUNG
Plaintiff, *Pro Se*
404 East 105th Street, Apt. 2E
New York, NY 10029

HON. ELIOT L. SPITZER                    GERALD J. ROCK, ESQ.
Attorney General for the State of New York    Assistant Attorney General
Counsel for Defendants
The Capitol Albany, NY 12224-0341

NORMAN A. MORDUE, DISTRICT JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 14th day of July, 2005. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED, that:

     1. The Report-Recommendation is hereby approved.

  2.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

  IT IS SO ORDERED.

Dated:  August 8, 2005
   Syracuse, New York

*/s/ Norman A. Mordue*
Norman A. Mordue
U.S. District Judge