# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

SEAN YOUNG,

       Plaintiff,

       V.            CASE NUMBER:  9:04-CV-1265 (NAM/GHL)

STATE OF NEW YORK;
MARCY CORRECTIONAL FACILITY;
GLENN S. GOORD,
Commissioner of Correctional Services;
GARY GREEN, Superintendent, Marcy
Correctional Facility; JOHN DOE(s) 1-5;

       Defendants.

[ ]       **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ]       **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants in accordance with the Order of District Court Judge Norman A. Mordue filed on August 8, 2005.

August 8, 2005                                             *LAWRENCE K. BAERMAN*
_____       _____
DATE                                                         CLERK

Entered on the Docket: 8/8/05          ____s/ April L. Hudson_____
                                                             (BY) DEPUTY CLERK